No. 01–6786. PEALOCK, AKA CORN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–6787. SQUIRES v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–6791. ACEVES-LOPEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–6792. McNALLY v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–6800. JONES v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 01–6805. JONES v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–6806. DOWNS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–6807. MILES v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–6808. MILLER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–6809. McQUEEN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–6816. ANTONIO SANDOVAL v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–6833. MEJIA v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 01–6836. TERRY ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–6916. NEWAGO v. WISCONSIN. Ct. App. Wis. Certiorari denied.

No. 01–172. BIOMET, INC. v. TRONZO. C. A. Fed. Cir. Motion of Past Presidents of Federal Circuit Bar Association for leave to file a brief as *amici curiae* granted. Certiorari denied.